IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ARTHUR BRITT,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2827

_____/

Opinion filed October 7, 2016.

An appeal from the Circuit Court for Duval County.
Angela Cox, Judge.

Diana L. Johnson of Johnson and Lufrano, P.A., Jacksonville, for Appellant.

Pamela Jo Bondi, Attorney General, and Virginia Chester Harris, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     Based on the State's proper concession of error, we reverse and remand for resentencing on Counts I and II in accordance with Williams v. State, 186 So. 3d

989 (Fla. 2016), which held that consecutive mandatory minimum terms under the 10-20-Life statute are permissible but not mandatory where, as here, the defendant shot at multiple victims. In all other respects, we affirm.

AFFIRMED in part; REVERSED and REMANDED in part.

ROBERTS, C.J., WETHERELL, and BILBREY, JJ., CONCUR.